UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

KOS Building Group, LLC,

        Plaintiff,

v.

R.S. Granoff Architects, P.C.,

        Defendant(s).
------------------------------------X

Case No. 19 cv 02918 (KMK)

**(KMK)(LMS)**

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| __X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ HABEAS CORPUS |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| | ____ SOCIAL SECURITY |
| ____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ SETTLEMENT |
| | ____ CONSENT UNDER 28 U.S.C. 636© FOR ALL PURPOSES (including trial) |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ CONSENT UNDER 28 U.S.C. 636© FOR LIMITED PURPOSE OF |

____ JURY SELECTION

Dated: September 18, 2019
      White Plains, New York

SO ORDERED

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.
P:\FORMS\Order of Reference.wpd  Rev. 9/10