```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

KOS BUILDING GROUP, LLC.,

                          Plaintiff,

v.                                         **ORDER**

R.S. GRANOFF ARCHITECTS, P.C. and       19-cv-2918 (PMH)
RICHARD S. GRANOFF,

                          Defendants.
```
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

      The Court held a status conference on July 16, 2020. During the status conference the Court directed Defendants to file a pre-motion conference letter in anticipation of moving for summary judgment by August 17, 2020 and Plaintiff to file its opposition by August 24, 2020. (Minute Entry dated July 16, 2020).

      By letter dated August 14, 2020, Defendants sought an extension of time, until August 24, 2020, to file their pre-motion conference letter (Doc. 42), which the Court granted (Doc. 43).  On August 24, 2020, Defendants filed a pre-motion conference letter. (Doc. 44). On August 25, 2020, the Court denied Defendants' request for a pre-motion conference without prejudice because Defendants had failed to comply with Rule 4(E) of the Court's Individual Practices. Specifically, Defendants' Local Rule 56.1 statement, which was appended to its pre-motion conference letter, did not include Plaintiff's opposition to the Rule 56.1 statement. My Individual Practices provide that "the prospective movant shall file a pre-motion letter informing the Court of the basis for its anticipated motion for summary judgment, and attaching their Rule 56.1 Statement *and the opposing party's response thereto*." Individual Practices Rule 4(E)(vii) (emphasis added).

1

2

Accordingly, the Court directs Defendants to re-file their pre-motion conference letter and Rule 56.1 statement, including Plaintiff's opposition to the Rule 56.1 statement, by October 13, 2020. Plaintiff shall file its opposition to Defendants' pre-motion conference letter by October 20, 2020. The Court shall hold a pre-motion conference on October 26, 2020 at 11:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.

**SO ORDERED:**

Dated: New York, New York
       October 5, 2020

_____
Philip M. Halpern
United States District Judge