

239 Great Neck Road, Suite 201
Great Neck, NY 11021
www.rukabbrash.com
Phone: (347) 535-3500

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *KOS Building Group, LLC v. Granoff*
     Civil Action No.: 19-cv-02918-KMK

> Application granted. The conference scheduled for December 14, 2020 is adjourned until December 21 2020 at 9:15 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The Clerk is instructed to terminate ECF No. 51.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>        December 9, 2020

Dear Judge Halpern:

This firm is counsel for the plaintiff KOS Building Group, LLC ("Plaintiff") in the above-referenced action. I write pursuant to the Court's Individual Rules of Practice 1(B) and 1(C) to request an adjournment of the pre-motion conference presently scheduled for December 14, 2020 at 10:45 a.m. I write with the consent of defendants Richard S. Granoff ("Granoff") and Granoff Architects, P.C.'s ("Granoff Architects" together with Granoff, the "Defendants") counsel.

Plaintiff's counsel respectfully requests an adjournment of the December 14, 2020 pre-motion conference in order to tend to a family matter. No prior requests for an adjournment have been made as to this pre-motion conference. Defendants' counsel consents to this request.

Counsel for Plaintiff and Defendants are available after 10:00 a.m. on December 16, 17 (except after 3:00 p.m.), 18, 21, and 22. Should these dates not be acceptable to the Court, counsel is available to provide additional dates of mutual availability for the Court's consideration.

Thank you.

Very truly yours,

Jason Jacobs

Cc:  Herbert Adler, Esq. (via ECF)