

239 Great Neck Road, Suite 201
Great Neck, NY 11021
www.rukabbrash.com
Phone: (347) 535-3500

February 10, 2021

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The Clerk is instructed to terminate ECF No. 53.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>         February 11, 2021

Re:   *KOS Building Group, LLC v. Granoff*
      Civil Action No.: 19-cv-02918-KMK

Dear Judge Halpern:

      This firm is counsel for the plaintiff KOS Building Group, LLC ("Plaintiff") in the above-referenced action. I write pursuant to the Court's Individual Rules of Practice 1(B) and 1(C) and with the consent of counsel for defendants Richard S. Granoff ("Granoff") and Granoff Architects, P.C.'s ("Granoff Architects" together with Granoff, the "Defendants") to request a modification of the scheduling order on Defendant's motion for summary judgment.

      Counsel for the parties have conferred and seek the Court's permission to adjust the briefing schedule accordingly:

| Applicable Service/Filing | Original Date | Proposed Date |
|---|---|---|
| Plaintiff shall serve, not file, its opposition | February 12, 2021 | February 19, 2021 |
| Defendants shall serve their reply | February 19, 2021 | February 26, 2021 |
| All moving papers shall be filed via ECF | February 19, 2021 | February 26, 2021 |

      No prior requests for an adjournment have been made to the briefing schedule on Defendants' motion for summary judgment. This request is being made to accommodate certain overlapping scheduling conflicts.

      Thank you.

Very truly yours,

Jason Jacobs

Cc:   Herbert Adler, Esq. (via ECF)