UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KOS BUILDING GROUP, LLC,

                Plaintiff,

v.

R.S. GRANOFF ARCHITECTS, P.C., and
RICHARD S. GRANOFF,

                Defendants.
-----------------------------------------------------------X

**ORDER**

19-cv-02918 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Pursuant to Rule 4(L) of the Court's Individual Practices, oral argument has been scheduled on the pending motion for summary judgment. The oral argument will be held on January 31, 2022 at 3:00 p.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 520, White Plains, New York 10601.

    All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 66.

SO ORDERED:

Dated: White Plains, New York
       October 15, 2021

                                            _____
                                            Philip M. Halpern
                                            United States District Judge