UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KOS BUILDING GROUP, LLC,

                Plaintiff,

v.

R.S. GRANOFF ARCHITECTS, P.C., et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-02918 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York, in Courtroom 520 at 2:30 p.m. today. Oral argument was had on the record.

    For the reasons indicated on the record and law cited therein, Defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure is GRANTED. See transcript.

    The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 58) and close this case.

SO ORDERED:

Dated: White Plains, New York
       February 28, 2022

                                          _____
                                          Philip M. Halpern
                                          United States District Judge