**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KOS BUILDING GROUP, LLC,

                Plaintiff,

-against-                              19 **CIVIL** 2918 (PMH)

                                                          **<u>JUDGMENT</u>**

R.S. GRANOFF ARCHITECTS, P.C., et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2022, and for the reasons indicated on the record and law cited therein, Defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2022

                                                               **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                                   **BY:**  *K. Mango*
                                                               **Deputy Clerk**